IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| ETHEL MARIE SMITH, | |
|     Plaintiff, | CIVIL ACTION NO.: 5:22-cv-41 |
| v. | |
| JAKE RICHARD COLTON, | |
|     Defendant. | |

**O R D E R**

This matter is before the Court on Defendant's Notice of Intent to Introduce Medical Records at Trial and Plaintiff's Objections to Defendant's Notice of Intent. Docs. 20, 22. The Court **DIRECTS** the parties to appear before the undersigned for a hearing on these matters on **Friday, August 11, 2023 at 2:00 PM**. Additionally, Defendant is **ORDERED** to file with the Court the records he intends to introduce into evidence **on or before August 10, 2023**, for review in advance of this hearing.

The purpose of this hearing is to address Plaintiff's objections to Defendant's use of Plaintiff's medical records. To that end, the parties should be prepared to discuss the application of the Federal Rules of Evidence and the caselaw interpreting those Rules related to Plaintiff's objections as to each medical record Defendant intends to introduce. See, e.g., Fed. R. Evid. 401, 402, 403, 803, 901, 902. However, the parties are free to make any arguments they find

persuasive on whether Plaintiff's medical records are admissible at trial.

**SO ORDERED**, this 9th day of August, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA