# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| ETHEL MARIE SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>JAKE RICHARD COLTON,<br><br>    Defendant. | *<br>*<br>*    CV 522-041<br>*<br>*<br>*<br>*<br>*<br>* |

## ORDER

The parties advised the Court that they have settled the case. (Docket entry dated July 28, 2023). Accordingly, the case is removed from the trial calendar. The trial previously scheduled for August 15, 2023 is cancelled.

**SO ORDERED**, this 9 day of August, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA